Stephen G. Recordon (SBN 91401)
**Recordon & Recordon**
225 Broadway, Suite 1900
San Diego, CA  92101
Phone: (619) 232-1717
Facsimile: (619) 232-5325
sgrecordon@aol.com

Clinton Rooney (SBN 221628)
**Rooney & Lickel**
225 Broadway, Suite 1900
San Diego, CA  92101
Phone: (619) 573-9547
rooneycdi@gmail.com

Attorneys for Plaintiff ALLEN THOMAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN THOMAS, | CASE No. '12CV1188 WQHWMC |
| Plaintiff, | COMPLAINT FOR VIOLATIONS OF THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT AND VIOLATIONS OF THE ROSENTHAL ACT |
| vs. | |
| PORTFOLIO RECOVERY ASSOCIATES LLC, | |
| Defendant. | |

## INTRODUCTION

1.  Plaintiff Allen Thomas, through his counsel, brings this action to challenge the acts of Portfolio Recovery Associates, LLC (hereinafter "PRA")

Complaint

-1-

regarding attempts by PRA to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

2. Plaintiff makes these allegations on information and belief, with the exception of those allegations that pertain to a plaintiff, or to a plaintiff's counsel, which Plaintiff alleges on personal knowledge.

3. While many violations are described below with specificity, this Complaint alleges violations of the statutes cited in their entirety.

4. Any violations by Defendants were knowing, willful, and intentional, and Defendants did not maintain procedures reasonably adapted to avoid any such violation.

## JURISDICTION AND VENUE

5. Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331, 15 U.S.C. § 1692(k), and 28 U.S.C. § 1367 for supplemental state claims.

6. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. ("FDCPA") and the Rosenthal Fair Debt Collection Practices Act, California Civil Code §§ 1788-1788.32 ("Rosenthal Act").

7. As PRA does business in the State of California, and committed the acts that form the basis for this suit with the intent to cause effects in the State of California, this Court has personal jurisdiction over PRA for purposes of this action.

8. Venue is proper as PRA does business in the County of San Diego, the acts at issue took place in the County of San Diego, and PRA has a business location in the County of San Diego, in the central district of San Diego.

## PARTIES

9. Plaintiff is a natural person, an adult, and resides in San Diego County, California.

10. Plaintiff is informed and believes and thereon alleges that Defendant PRA is a Delaware limited liability company, based in Virginia and doing business in the State of California.

Complaint

11. Defendant PRA is a person who uses an instrumentality of interstate commerce or the mails in a business the principal purpose of which is the collection of debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is therefore a debt collector as that phrase is defined by 15 U.S.C. § 1692a(6).

12. Defendant PRA, in the ordinary course of business, regularly, on behalf of himself, himself, or others, engages in debt collection as that term is defined by California Civil Code § 1788.2(b), is therefore a debt collector as that term is defined by California Civil Code § 1788.2(c).

13. Defendant PRA claims that Plaintiff is obligated to pay a debt, and therefore Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

14. Plaintiff is a natural person from whom a debt collector sought to collect a consumer debt which was due and owing or alleged to be due and owing from Plaintiff, and is a "debtor" as that term is defined by California Civil Code § 1788.2(h).

15. This case involves money, property or their equivalent, due or owing or alleged to be due or owing from a natural person by reason of a consumer credit transaction. As such, this action arises out of a consumer debt and "consumer credit" as those terms are defined by Cal. Civ. Code § 1788.2(f).

**FACTS COMMON TO ALL CAUSES OF ACTION**

16. On June 9, 2011, PRA filed a complaint ("State Court Complaint") in the Superior Court of California for the County of San Diego against Mr. Thomas, in the matter of <u>Portfolio Recovery Associates, LLC v Allen L. Thomas</u>, et al, case number 37-2011-00068402-CL-CL-EC.

17. A copy of this June 9, 2011 State Court Complaint is attached as Exhibit A.

18. In the above June 9, 2011 State Court Complaint, later served on Mr. Thomas, PRA alleged that PRA furnished "purchases and/or cash advances" to Mr.

Complaint

-3-

Thomas on a credit card account issued by PRA, and that PRA was entitled to an award of attorney's fees.

19. In fact, PRA did not ever furnish "purchases and/or cash advances" to Mr. Thomas on any credit card, nor did PRA issue any credit card to Mr. Thomas, and PRA had no legal basis to request attorney's fees.

20. PRA did not list any creditor other than PRA in the above April 11, 2011 State Court Complaint, and by doing so PRA represented that PRA was in fact the "original creditor," or the party issuing credit, to Mr. Thomas.

21. The "least sophisticated debtor" would in fact be confused or mislead as to the identity of the "original creditor" on the account alleged by PRA in the above June 9, 2011 State Court Complaint.

22. In the above June 9, 2011 State Court Complaint, PRA also claimed a right to recover $8,536.76 under a theory of Money Lent.

23. Neither PRA nor any predecessor of PRA lent money to Mr. Thomas in this amount.

24. In the above June 9, 2011 State Court Complaint, PRA also claimed a right to recover $8,536.76 under a theory of Goods, Wares and Merchandise.

25. Neither PRA nor any predecessor of PRA provided goods, wares or merchandise valued at this amount to Mr. Thomas without being paid.

26. In the above June 9, 2011 State Court Complaint, PRA also claimed a right to recover $8,536.76 under a theory of Account Stated.

27. Mr. Thomas never entered into an account stated with PRA or with any predecessor of PRA.

### ALLEGATIONS SPECIFIC TO CERTAIN CAUSES OF ACTION
### FIRST CLAIM FOR RELIEF
(Violations of the FDCPA by PRA)

20. Plaintiff re-alleges and incorporates herein by reference the allegations contained in the paragraphs above.

Complaint

-4-

21. Defendant PRA violated the FDCPA. Defendant's violations include, but are not limited to the *following*:

 a. *15 U.S.C. §1692e* by making a false, deceptive or misleading misrepresentation in the collection of a debt;

 b. *15 U.S.C. §1692e(2)* by misrepresenting the character, amount and legal status of a debt;

 c. *15 U.S.C. §1692e(5)* by threatening to take an action that cannot legally be taken or was not intended to be taken;

 d. *15 U.S.C. §1692e(10)* by use of a false representation or deceptive means to collect a debt;

 e. *15 U.S.C. §1692f(1)* by collection of an amount not expressly authorized by an agreement creating a debt, or by law.

22. Plaintiff is entitled to actual damages sustained as a result of Defendant's conduct, in an amount according to proof; to statutory damages of $1,000; costs of the action; and reasonable attorney's fees, all pursuant to *15 U.S.C. §1692k*.

## SECOND CLAIM FOR RELIEF

### (Violations of the Rosenthal Act by PRA)

23. Plaintiff repeats, re-alleges, and incorporates by reference all the allegations contained in the paragraphs above.

24. Based on information and belief, Defendant PRA's acts and omissions violated *California Civil Code § 1788 et seq*, including, but not limited to the following sections: *California Civil Code §§ 1788.17 and 1788.13*.

25. Based on information and belief, Defendant's violations of *California Civil Code § 1788.17*, which incorporates several of the provisions of the FDCPA, include, but are not limited to, the following: Defendant's violations include, but are not limited to the *following*:

 a. *15 U.S.C. §1692e* by making a false, deceptive or misleading misrepresentation in the collection of a debt;

    b.   *15 U.S.C. §1692e(2)* by misrepresenting the character, amount and legal status of a debt;

    c.   *15 U.S.C.§1692e(5)* by threatening to take an action that cannot legally be taken or was not intended to be taken;

    d.   *15 U.S.C. §1692e(10)* by use of a false representation or deceptive means to collect a debt;

    e.   *15 U.S.C. §1692f(1)* by collection of an amount not expressly authorized by an agreement creating a debt, or by law.

26.   Defendant also violated the Rosenthal Act at Civil Code § 1788.13 by making a false representation that the debt alleged may be increased by the addition of attorney's fees, when in fact no such fees may legally be charged.

27.   Defendants' violations of the Rosenthal Act were willful and knowing, thereby entitling Plaintiff to statutory damages pursuant to *Civil Code § 1788.30(b)*.

28.   As a proximate result of the violations of the Rosenthal Act committed by Defendant, Plaintiff is entitled to any actual damages pursuant to California Civil Code § 1788.30(a); statutory damages in an amount up to $1,000.00 each pursuant to California Civil Code § 1788.30(b); and, reasonable attorney's fees and costs pursuant to California Civil Code § 1788.30(c) from Defendant.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant PRA, and pray for the following relief:

1.   An award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against Defendant PRA and for the Plaintiff;

2.   An award of statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A) against Defendant PRA and for the Plaintiff;

3.   An award of actual damages pursuant to California Civil Code § 1788.30(a) against Defendant PRA and for Plaintiff;

4.   An award of statutory damages of $1,000.00 pursuant to California Civil Code § 1788.30(b) against Defendant PRA and for Plaintiff;

5. An award of costs of litigation and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3) and California Civil Code § 1788.30(c) against Defendant PRA; and

6. Such other and further relief this court may deem just and proper.

Respectfully submitted,

DATED: May 16, 2012             /s/ Stephen G. Recordon
                                STEPHEN G RECORDON
                                Attorney for Plaintiff ALLEN THOMAS

Complaint

-7-

# EXHIBIT A

F I L E D    PLD-C-001

EAST COUNTY DIVISION

2011 JUN -9 PM 1:29

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): |
|---|
| CIR LAW OFFICES, LLP |
| MICHAEL J. MIXER, Esq.    Bar#: 99073 |
| TARA MUREN, Esq.    Bar#: 260154 |
| 8665 GIBBS DR STE 150, SAN DIEGO CA 92123    File No.: 355085-8 |
| TELEPHONE NO: (800)-496-8909    FAX NO. (Optional): (858)-496-5977 |
| E-MAIL ADDRESS (Optional): |
| ATTORNEY FOR (Name): PORTFOLIO RECOVERY ASSOCIATES, LLC |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: 250 EAST MAIN STREET
MAILING ADDRESS: 250 EAST MAIN STREET
CITY AND ZIP CODE: EL CAJON CA 92020
BRANCH NAME: EAST COUNTY JUDICIAL DISTRICT

PLAINTIFF: PORTFOLIO RECOVERY ASSOCIATES, LLC

DEFENDANT: ALLEN L THOMAS

[X] DOES 1 TO 10

**CONTRACT**
[X] COMPLAINT    [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
[X] ACTION IS A LIMITED CIVIL CASE
   Amount demanded    [X] does not exceed $10,000
                     [ ] exceeds $10,000 but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
       [ ] from limited to unlimited
       [ ] from unlimited to limited

CASE NUMBER: 37-2011-00068402-CL-CL-EC

1. Plaintiff* (name or names):
   PORTFOLIO RECOVERY ASSOCIATES, LLC
   alleges causes of action against defendant* (name or names):
   ALLEN L THOMAS
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
        [X] except plaintiff (name): PORTFOLIO RECOVERY ASSOCIATES, LLC
            (1) [X] limited liability company
            (2) [ ] an unincorporated entity (describe):
            (3) [ ] other (specify):
   b. [ ] Plaintiff (name):
        a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
        b. [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
        [ ] except defendant (name):           [ ] except defendant (name):
            (1) [ ] a business organization, form unknown    (1) [ ] a business organization, form unknown
            (2) [ ] a corporation                           (2) [ ] a corporation
            (3) [ ] an unincorporated entity (describe):       (3) [ ] an unincorporated entity (describe):
            (4) [ ] a public entity (describe):               (4) [ ] a public entity (describe):
            (5) [ ] other (specify):                        (5) [ ] other (specify):

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12
American LegalNet, Inc.
www.FormsWorkflow.com

PLD-C-001

| SHORT TITLE: PORTFOLIO RECOVERY ASSOCIATES, LLC v. ALLEN L THOMAS | CASE NUMBER: |
|---|---|

4. *(Continued)*
    b. The true names of defendants sued as Does are unknown to plaintiff.
        (1) [X] Doe defendants *(specify Doe numbers):* 1 TO 10 were the agents or employees of the named defendants and acted within the scope of that agency or employment.
        (2) [X] Doe defendants *(specify Doe numbers):* 1 TO 10 are persons whose capacities are unknown to plaintiff.
    c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
    d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, **and**
    a. [ ] has complied with applicable claims statutes, *or*
    b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to [ ] Civil Code section 1812.10 [ ] Civil Code section 2984.4.
7. This court is the proper court because
    a. [ ] a defendant entered into the contract here.
    b. [ ] a defendant lived here when the contract was entered into.
    c. [X] a defendant lives here now.
    d. [ ] the contract was to be performed here.
    e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
    f. [ ] real property that is the subject of this action is located here.
    g. [ ] other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    [ ] Breach of Contract
    [•] Common Counts
    [ ] Other *(specify):*

9. [ ] Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [X] damages of: $ 8,536.76
    b. [X] interest on the damages
        (1) [X] according to proof
        (2) [ ] at the rate of *(specify):* percent per year from *(date):*
    c. [X] attorney's fees
        (1) [ ] of: $
        (2) [X] according to proof.
    d. [X] other *(specify):*
        For such other and further relief as the court may deem proper.
11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 06/02/2011

CIR LAW OFFICES, LLP
(TYPE OR PRINT NAME)

▶ *[signature]*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]   **COMPLAINT—Contract**   Page 2 of 2

PLD-C-001(2)

| SHORT TITLE: PORTFOLIO RECOVERY ASSOCIATES, LLC v. ALLEN L THOMAS | CASE NUMBER: |
|---|---|

<u>2ND</u>          **CAUSE OF ACTION—Common Counts**
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* PORTFOLIO RECOVERY ASSOCIATES, LLC

   alleges that defendant *(name):* ALLEN L THOMAS
   became indebted to   [X] plaintiff   [ ] other *(name):*

   a. [X] within the last four years
      (1) [X] on an open book account for money due.
      (2) [·] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

   b. [X] within the last   [ ] two years   [X] four years
      (1) [ ] for money had and received by defendant for the use and benefit of plaintiff, for work, labor,
      (2) [ ] services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
              [ ] the sum of $
              [ ] the reasonable value.
      (3) [X] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
              [X] the sum of $ 8,536.76
              [ ] the reasonable value.
      (4) [·] for money lent by plaintiff to defendant at defendant's request.
      (5) [ ] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
      (6) [ ] other *(specify):*
              for credit card purchases and/or cash advances on the credit account issued by Plaintiff for which Defendant was billed monthly and failed to dispute as required under the Federal Fair Billing Act applicable to such account (IS USC Section el Seq.)

CC-2. $ 8,536.76  , which is the reasonable value, is due and unpaid despite plaintiff's demand,
      plus prejudgment interest  [X] according to proof  [ ] at the rate of _____ percent per year
      from *(date):*

CC-3. [X] Plaintiff is entitled to attorney fees by an agreement or a statute
         [ ] of $
         [X] according to proof.

CC-4. [ ] Other:

Page   4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—Common Counts**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ALLEN THOMAS

### DEFENDANTS
PORTFOLIO RECOVERY ASSOCIATES, LLC

(b) County of Residence of First Listed Plaintiff: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Stephen G. Recordon (CSB 91401) 225 Broadway, Ste. 1900, San Diego, CA 92101 (619) 232-1717

Attorneys (If Known)

**'12CV1188 WQHWMC**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**15 U.S.C. § 1692**
Brief description of cause:
Violations of the Fair Debt Collection Practices Act and violations of the Rosenthal Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 05/16/2012
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____